Daniel Sadeh, Esq.
**HALPER SADEH LLP**
667 Madison Avenue, 5th Floor
New York, NY 10065
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THOMAS HOWLETT,<br><br>   Plaintiff,<br><br>v.<br><br>NICOLET BANKSHARES, INC., ROBERT B. ATWELL, RACHEL CAMPOS-DUFFY, MICHAEL E. DANIELS, ANN K. LAWSON, JOHN N. DYKEMA, TERRENCE R. FULWILER, CHRISTOPHER J. GHIDORZI, ANDREW F. HETZEL, JR., DONALD J. LONG, JR., DUSTIN J. MCCLONE, SUSAN L. MERKATORIS, OLIVER PIERCE SMITH, and ROBERT J. WEYERS,<br><br>   Defendants. | Case No: 1:21-cv-03097-WFK-MMH<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Thomas Howlett hereby voluntarily dismisses the above-captioned action without prejudice. Defendants have not served an answer or a motion for summary judgment.

Dated: August 30, 2021                    Respectfully submitted,

                                          **HALPER SADEH LLP**

                                          By: /s/ Daniel Sadeh

1

Daniel Sadeh, Esq.
667 Madison Avenue, 5th Floor
New York, NY 10065
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

SO ORDERED.

s/ WFK

HON. WILLIAM F. KUNTZ, II
U.S. DISTRICT JUDGE

Dated: August 30, 2021
Brooklyn, New York

## CERTIFICATE OF SERVICE

  I, Daniel Sadeh, hereby certify that on August 30, 2021, a true and correct copy of the annexed **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: August 30, 2021              /s/ Daniel Sadeh
                        Daniel Sadeh